# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

       Plaintiff,

v.                        CASE NO.  4:16cv425-RH/GRJ

MICHAEL DILMORE et al.,

       Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14, and the objections, ECF No. 15. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The clerk must enter judgment stating, "The complaint is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)."

3. The clerk must not open any new case initiated by the plaintiff arising from his January 4, 2002 arrest unless the plaintiff simultaneously pays the entire filing fee.

4. The emergency motion for an injunction, ECF No. 16, is denied.

5. The clerk must close the file.

SO ORDERED on May 23, 2017.

s/Robert L. Hinkle_____
United States District Judge